United States District Court
Southern District of Texas
**ENTERED**
May 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| FUH CLOVIS AMBE, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-03616 |
| | § | |
| | § | |
| versus | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| MARTIN FRINK, | § | |
| Respondent. | § | |

**ORDER ON DISMISSAL**

Petitioner Fuh Clovis Ambe filed a petition for writ of *habeas corpus* under 28 USC §2241 on May 5, 2026. Dkt 1. He proceeds here *pro se*.

A prior order gave Petitioner the opportunity to explain why his petition shouldn't be dismissed in light of the Fifth Circuit's decision in *Buenrostro-Mendez v Bondi*, 166 F4th 494 (5th Cir 2026), and decisions by the undersigned determining related issues. He was alternatively given the option to voluntarily dismiss his petition. Dkt 4.

Pending now is Petitioner's motion to voluntarily dismiss this action. Dkt 5. It doesn't appear that any party will suffer prejudice if this request is granted.

The motion for voluntary dismissal by Petitioner Fuh Clovis Ambe is GRANTED. Dkt 5.

This action is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Any other pending motions are DENIED AS MOOT.

An order of dismissal will enter separately.

SO ORDERED.

Signed on May 26, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge